IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01150-REB-BNB

BRENTON MERLIN,

Plaintiff,

v.

LOGANN CRAWFORD,
DANIEL BOWEN, and
SCOTT SCHAEFFER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for 60 Day Extension of time to Serve the Defendants** [docket no. 8, filed September 15, 2014] and **Plaintiff's Motion to Reschedule the September 18, 2014, Scheduling Conference** [docket no. 7, filed September 14, 2014] (the "Motions").

IT IS ORDERED that the Motions are GRANTED. Plaintiff has to and including **October 20, 2014**, in which to serve defendants.

IT IS FURTHER ORDERED that the Scheduling Conference set for September 18, 2014, is **vacated and reset to January 6, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **December 30, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: September 15, 2014