# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01150-REB-NYW

BRENTON MERLIN,

    Plaintiff,

v.

LOGANN CRAWFORD,
DANIEL BOWEN, and
SCOTT SCHAEFFER,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal of Defendant Daniel Bowen Without Prejudice** [#28][1] filed February 22, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiff's claims against defendant, Daniel Bowen, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Defendant Daniel Bowen Without Prejudice** [#28] filed February 22, 2015, is **APPROVED**;

2. That plaintiff's claims against defendant, Daniel Bowen, are **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own attorney fees and costs; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That defendant Daniel Bowen is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated February 23, 2015, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge