**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01150-REB-NYW

BRENTON MERLIN,

    Plaintiff,

v.

LOGANN CRAWFORD and
SCOTT SCHAEFFER,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendants' Unopposed Motion to Amend Scheduling Order Concerning Rebuttal Expert Disclosure Deadline, Discovery Cut-Off, and Dispositive Motion Deadline (the "Motion"). [#44, filed October 7, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated April 23, 2015 [#4] and the memorandum dated October 7, 2015. [#45]

    Defendants seek an extension of these various discovery dates on the basis that Plaintiff is continuing to supplement his written discovery responses and has become incarcerated in the state of Arkansas, where Defendants will seek to depose him and where he may undergo an independent medical examination at the request of Defendants. The amended dates as proposed by Defendants do not sufficiently accommodate the March 11, 2016 Final Pretrial Conference or the commencement of trial in this matter on March 28, 2016. [*See* #36]. Accordingly,

    IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART:

1. Defendants shall designate any rebuttal experts and supply necessary disclosures on or before **November 11, 2009**;

2. The Parties shall complete discovery by **December 7, 2015**;

3. The Parties shall file any dispositive motions on or before **December 7, 2015**; and

4. No further requests for extensions of these dates will be granted by this court, subject to a continuance of the March 28, 2016 trial, which is a matter to be raised to Judge Blackburn, the presiding District Judge in this matter.

DATED: October 9, 2015.