## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01150-REB-NYW

BRENTON MERLIN,

      Plaintiff,

v.

LOGANN CRAWFORD and
SCOTT SCHAEFFER,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action is before the court on Defendants' Unopposed Motion to Depose Plaintiff Brenton Merlin (the "Motion"). [#47, filed October 29, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated April 23, 2015 [#4] and the memorandum dated October 29, 2015. [#48]

      Defendants seek a court order pursuant to Fed. R. Civ. P. 30(a)(2)(B) for leave to depose Plaintiff Merlin, who is presently incarcerated at the Benton County Jail in Benton County, Arkansas. *See Ashby v. McKenna*, 331 F.3d 1148, 1150-51 (10th Cir. 2003) ("Parties seeking to depose a prisoner must first obtain a court order."). Rule 30(a)(2)(B) instructs that the court must grant such leave "to the extent consistent with Rule 26(b)(2)." Plaintiff does not object to the Motion. Moreover, this court is satisfied that the deposition of Plaintiff may lead to the discovery of relevant material. *See* Fed. R. Civ. P. 26(b)(1). Accordingly,

      IT IS ORDERED that the Motion to Depose Plaintiff Brenton Merlin is GRANTED; the dates in the Scheduling Order, as amended by Minute Order dated October 9, 2015 [#46], remain SET.

DATED: November 3, 2015.