**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-01150-REB-NYW

BRENTON MERLIN,

    Plaintiff,

v.

LOGANN CRAWFORD, and
SCOTT SCHAEFFER,

    Defendants.

## ORDER DISMISSING DEFENDANTS & SUBSTITUTING ADDITIONAL DEFENDANT

**Blackburn, J.**

The matter is before me on the parties' **Stipulation for Substitution of Party and Dismissal of Defendants** [#54][1] filed February 26, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved, that The City of Glenwood Springs should be substituted as the named defendant in this action, and that the claims against defendants Logan Crawford and Scott Schaeffer should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Substitution of Party and Dismissal of Defendants** is approved;

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2. That The City of Glenwood Springs is substituted as the named defendant in place of Logann Crawford and Scott Schaeffer;

3. That the claims against defendants Logann Crawford and Scott Schaeffer are dismissed with prejudice with the parties to pay their own attorney fees and costs with respect to the stipulation; and

4. That The City of Glenwood Springs is added as the defendant to this action, defendants Logann Crawford and Scott Schaeffer are dropped as parties to this action, and the caption shall be amended accordingly.

Dated March 4, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge