# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01150-REB-NYW

BRENTON MERLIN,

    Plaintiff,

v.

THE CITY OF GLENWOOD SPRINGS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulation for Dismissal with Prejudice** [#59][1] filed March 30, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated March 31, 2016, at Denver, Colorado.

                                                           **BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge